UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:15-cv-97-FDW
(5:00-cr-34-1)

| | |
|---|---|
| DAVID GLENN GREEN, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>JUSTIN F. ANDREWS, )<br>)<br>Respondent. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on *pro se* Petitioner's Motion for Relief from Judgment, (Doc. No. 17).

Petitioner filed his *pro se* § 2241 petition in the instant case on July 28, 2015, and the Court denied the Motion in an Order docketed on March 9, 2016. (Doc. No. 9). Petitioner filed the instant Motion for Relief from Judgment under Rule 60(b) of the Federal Rules of Civil Procedure on December 11, 2019. (Doc. No. 17).

Petitioner will be required to file a Memorandum Addressing Limitations within **14 days** of this Order explaining why his Rule 60(b) Motion is not time-barred. See generally United States v. McRae, 793 F.3d 392, 401 (4th Cir. 2015) (noting that the Rule 60(b) time limit is an affirmative defense). Petitioner's failure to comply may result in the denial of the Rule 60(b) Motion without further notice.

**IT IS, THEREFORE, ORDERED** that Petitioner shall file a Memorandum Addressing Limitations within **14 days** of this Order.

1

Signed: December 20, 2019

Frank D. Whitney
Chief United States District Judge